UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| LISA RENEE KEMP, et al., | ) | 03:00-cv-0484-LRH-VPC |
| | ) | |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | February 15, 2006 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:   THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

DEPUTY CLERK: ROSEMARIE MILLER          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    The Court orders that a status report be filed either separately or jointly by the parties on or before February 28, 2006.  Such report should fully inform the court concerning the status of this action.

                              LANCE S. WILSON, CLERK


                          By:        /s/
                                  Deputy Clerk